UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| **CYNTHIA L. RICHARDSON,** | ) | Bankruptcy No. 15-01539 DRC |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 2, 2016, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Jeffrey Snell
US Trustee's Office
219 S. Dearborn Street
Room 873
Chicago, IL 60604

**VIA REGULAR MAIL**

Cynthia Richardson
2233 S Highland Ave.
#604
LOMBARD, IL 60148

Roosevelt University
425 S. Wabash 1M19
Chicago, IL 60605

Capital One, N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Sprint
ATTN: Bankruptcy Dept.
PO Box 7949
Overland Park, KS 66207-0949

U.S.Department of Education
C/O FedLoan Servicing
PO Box 69184
Harrisburg, PA 17106-9184

American InfoSource LP as
agent for T Mobile/T-Mobile
PO Box 248848
Oklahoma City, OK 73124-8848

Complete Credit Solution Inc
2921 Brown Trail
Suite 100
Bedford, TX 76021

Alan D. Lasko
205 West Randolph
Suite 1150
Chicago, IL  60606

/s/ DAVID R. BROWN, TRUSTEE
DAVID R. BROWN, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
(630) 510-0000