UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Cynthia Richardson, | ) | Case No. 15 B 01539 |
| | ) | |
| Debtor. | ) | Honorable Judge Janet S. Bauer |
| | ) | |

## NOTICE OF WITHDRAWAL

To:  See Attached Service List

PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT** previously filed on November 1, 2017 **(Document #49)** is withdrawn.  It is withdrawn because the document was filed on the wrong case.

/s/ Patrick S. Layng
Patrick S. Layng, U.S. Trustee
Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, Illinois   60604
(312) 886-7481

## CERTIFICATE OF SERVICE

I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on November 8, 2017, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on November 8, 2017.

/s/Patrick S. Layng

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

David R. Brown
dbrown@springerborown.com

**Parties Served via First Class Mail:**

**Cynthia E. Richardson**
2233 South Highland Avenue
#604
Lombard, IL    60148