**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:  RICHARDSON, CYNTHIA             §    Case No. 15-01539
                                        §
                                        §
                                        §
      Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $6,975.00 | Assets Exempt: | $6,500.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $19,963.30 | Claims Discharged Without Payment: | $14,551.06 |
| Total Expenses of Administration: | $8,572.97 | | |

3) Total gross receipts of $32,536.27 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $4,000.00 (see **Exhibit 2**), yielded net receipts of $28,536.27 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $8,572.97 | $8,572.97 | $8,572.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $34,514.36 | $34,514.36 | $19,963.30 |
| **TOTAL DISBURSEMENTS** | $0.00 | $43,087.33 | $43,087.33 | $28,536.27 |

4) This case was originally filed under chapter 7 on 05/28/2015.  The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/06/2017              By: /s/ David R. Brown
                                       Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Retalitory Discharge Case | | $32,536.27 |
| **TOTAL GROSS RECEIPTS** | | **$32,536.27** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Cynthia Richardson | wildcard exemption claim | 8100-002 | $4,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$4,000.00** |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David R. Brown | 2100-000 | NA | $3,603.63 | $3,603.63 | $3,603.63 |
| Trustee, Expenses - David R. Brown | 2200-000 | NA | $5.28 | $5.28 | $5.28 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 3110-000 | NA | $3,929.00 | $3,929.00 | $3,929.00 |
| Bond Payments - ADAMS-LEVINE | 2300-000 | NA | $12.51 | $12.51 | $12.51 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $342.25 | $342.25 | $342.25 |
| Accountant for Trustee Fees (Other Firm) - Alan D. Lasko & Associates, PC | 3410-000 | NA | $680.30 | $680.30 | $680.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$8,572.97** | **$8,572.97** | **$8,572.97** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Roosevelt University | 7100-000 | $0.00 | $8,352.02 | $8,352.02 | $4,901.79 |
| 2 | Capital One, N.A. | 7100-000 | $0.00 | $263.24 | $263.24 | $154.49 |
| 3 | Sprint | 7100-000 | $0.00 | $440.05 | $440.05 | $258.26 |
| 4 | U.S.Department of Education C/O FedLoan Servicing | 7100-000 | $0.00 | $24,739.47 | $24,739.47 | $14,519.52 |
| 5 | American InfoSource LP as agent for T Mobile/T-Mobile USA In | 7100-000 | $0.00 | $220.21 | $220.21 | $129.24 |
| 6 | Complete Credit Solution Inc | 7200-000 | $0.00 | $499.37 | $499.37 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$34,514.36** | **$34,514.36** | **$19,963.30** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 15-01539 | Trustee Name: | (330580) David R. Brown |
|---|---|---|---|
| Case Name: | RICHARDSON, CYNTHIA | Date Filed (f) or Converted (c): | 05/28/2015 (f) |
| | | § 341(a) Meeting Date: | 02/10/2015 |
| For Period Ending: | 10/06/2017 | Claims Bar Date: | 09/23/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Retalitory Discharge Case (u)<br>Federal District Court<br>Case#14-CV-01711<br>Listed on Debtor's Amended Schedules with value of "contingent" | 0.00 | 28,536.27 | | 32,536.27 | FA |
| 2 | PNC Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Furniture | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Used Clothes | 50.00 | 0.00 | | 0.00 | FA |
| 5 | 2006 Chevrolet Malibu<br>with 120,000 miles | 6,875.00 | 0.00 | | 0.00 | FA |
| 5 | **Assets Totals** (Excluding unknown values) | **$6,975.00** | **$28,536.27** | | **$32,536.27** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 08/02/2016   **Current Projected Date Of Final Report (TFR):** 08/02/2016 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-01539 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | RICHARDSON, CYNTHIA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9689 | Account #: | ******2900 Checking |
| For Period Ending: | 10/06/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/15/2015 | 101 | Cynthia Richardson | wildcard exemption claim Voided: check issued on 12/01/2015 | 8100-004 |  | -4,000.00 | 4,000.00 |
| 11/24/2015 | {1} | Metropolitan Family Services | net settlement proceeds ($41,000 less $8,463.73 in withheld state and federal taxes). | 1110-000 | 32,536.27 |  | 36,536.27 |
| 11/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 36,526.27 |
| 12/01/2015 | 101 | Cynthia Richardson | wildcard exemption claim Voided on 11/15/2015 | 8100-004 |  | 4,000.00 | 32,526.27 |
| 12/01/2015 | 102 | Cynthia Richardson | wildcard exemption claim | 8100-002 |  | 4,000.00 | 28,526.27 |
| 12/31/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 46.28 | 28,479.99 |
| 01/29/2016 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 39.49 | 28,440.50 |
| 02/15/2016 | 104 | ADAMS-LEVINE | bond premium | 2300-000 |  | 12.51 | 28,427.99 |
| 03/01/2016 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 39.43 | 28,388.56 |
| 03/31/2016 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 44.79 | 28,343.77 |
| 04/29/2016 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 39.30 | 28,304.47 |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-01539 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | RICHARDSON, CYNTHIA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9689 | Account #: | ******2900 Checking |
| For Period Ending: | 10/06/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.24 | 28,265.23 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.60 | 28,220.63 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.12 | 28,181.51 |
| 10/05/2016 | 105 | Alan D. Lasko & Associates, PC | Dividend paid 100.00% on $680.30, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 680.30 | 27,501.21 |
| 10/05/2016 | 106 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $3,929.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,929.00 | 23,572.21 |
| 10/05/2016 | 107 | Roosevelt University | Dividend paid 58.68% on $8,352.02; Claim# 1; Filed: $8,352.02; Reference: Stopped on 01/05/2017 | 7100-005 | | 4,901.79 | 18,670.42 |
| 10/05/2016 | 108 | Capital One, N.A. | Dividend paid 58.68% on $263.24; Claim# 2; Filed: $263.24; Reference: | 7100-000 | | 154.49 | 18,515.93 |
| 10/05/2016 | 109 | Sprint | Dividend paid 58.68% on $440.05; Claim# 3; Filed: $440.05; Reference: | 7100-000 | | 258.26 | 18,257.67 |

{ } Asset Reference(s)         UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-01539 | Trustee Name: | David R. Brown (330580) |
| --- | --- | --- | --- |
| Case Name: | RICHARDSON, CYNTHIA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9689 | Account #: | ******2900 Checking |
| For Period Ending: | 10/06/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/05/2016 | 110 | U.S.Department of Education C/O FedLoan Servicing | Dividend paid 58.68% on $24,739.47; Claim# 4; Filed: $24,739.47; Reference: | 7100-000 | | 14,519.52 | 3,738.15 |
| 10/05/2016 | 111 | American InfoSource LP as agent for T Mobile/T-Mobile USA In | Dividend paid 58.68% on $220.21; Claim# 5; Filed: $220.21; Reference: | 7100-000 | | 129.24 | 3,608.91 |
| 10/05/2016 | 112 | David R. Brown | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,608.91 | 0.00 |
| | | | Dividend paid 100.00% on $3,603.63; Claim# FEE; Filed: $3,603.63            $3,603.63 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $5.28; Claim# TE; Filed: $5.28            $5.28 | 2200-000 | | | 0.00 |
| 01/05/2017 | 107 | Roosevelt University | Dividend paid 58.68% on $8,352.02; Claim# 1; Filed: $8,352.02; Reference: Stopped: check issued on 10/05/2016 | 7100-005 | | -4,901.79 | 4,901.79 |
| 01/06/2017 | 113 | Clerk, U.S. Bankruptcy Court | unclaimed distribution | 7100-000 | | 4,901.79 | 0.00 |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)            ! - transaction has not been cleared

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-01539 | | Trustee Name: | David R. Brown (330580) |
| --- | --- | --- | --- | --- |
| Case Name: | RICHARDSON, CYNTHIA | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9689 | | Account #: | ******2900 Checking |
| For Period Ending: | 10/06/2017 | | Blanket Bond (per case limit): | $77,173,558.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | **COLUMN TOTALS** | | 32,536.27 | 32,536.27 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 32,536.27 | 32,536.27 | |
| | | | Less: Payments to Debtors | | | 4,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$32,536.27** | **$28,536.27** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 5

| | | | |
|---|---|---|---|
| **Case No.:** | 15-01539 | **Trustee Name:** | David R. Brown (330580) |
| **Case Name:** | RICHARDSON, CYNTHIA | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***9689 | **Account #:** | ******2900 Checking |
| **For Period Ending:** | 10/06/2017 | **Blanket Bond (per case limit):** | $77,173,558.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2900 Checking | $32,536.27 | $28,536.27 | $0.00 |
| | $32,536.27 | $28,536.27 | $0.00 |

**UST Form 101-7-TDR (10 /1/2010)**